UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

D-1 BELINDA JOHNSON,

        Defendant.

_____/

Case:2:17-cr-20176
Judge: Michelson, Laurie J.
MJ: Whalen, R. Steven
Filed: 03-27-2017 At 10:41 AM
INFO USA V JOHNSON (BG)

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(26 U.S.C. § 7206(2) - Preparation of False Tax Returns)

D-1 BELINDA JOHNSON

At all times pertinent hereto, defendant BELINDA JOHNSON, willfully aided and assisted in the preparation and presentation of tax returns required to be filed under the internal revenue laws which were false as to material matters, that is, from approximately April 2014 to May 2015, defendant BELINDA JOHNSON, as owner and operator of B.P.M. Group, LLC, a tax preparation business located in Westland, Michigan, willfully aided in the preparation and filing of thirty-three (33) individual income tax returns for 17 filers for the tax years 2013 and 2014 that were false as to material matters in the following ways:

    1.    Some of the returns included false IRS Form Schedules C - Profit Or Loss from Business claiming fabricated or inflated business expenses in order to decrease the filers' income;

2. Some of the returns contained fabricated or inflated deductions for charitable contributions;

3. Some of the returns claimed false education expenses that permitted the filers to claim the American Opportunity Credit;

4. Some of the returns claimed false child care expenses;

All in violation of Title 26, United States Code, Section 7206(2).

DANIEL L. LEMISCH
ACTING U.S. ATTORNEY

*/s/ Ross I. MacKenzie*
ROSS I. MacKENZIE
ASSISTANT U.S. ATTORNEY
211 W. Fort Street, Ste. 2001
Detroit, MI 48226
Email: ross.mackenzie@usdoj.gov

Date: March 27, 2017

| United States District Court<br>Eastern District of Michigan | Criminal Case Co' | Case:2:17-cr-20176<br>Judge: Michelson, Laurie J.<br>MJ: Whalen, R. Steven<br>Filed: 03-27-2017 At 10:41 AM<br>INFO USA V JOHNSON (BG) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes   ☐ No | AUSA's Initials: _R.L.M._ |

Case Title: USA v. Belinda Johnson

County where offense occurred : Wayne

Check One:    ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/ ✓ Information --- no prior complaint.
____Indictment/____Information --- based upon prior complaint [Case number: ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

Superseding to Case No: _____    Judge: _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

March 27, 2017
Date

_/s/ Ross Mackenzie_
Ross Mackenzie
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9100
Fax:  313-226-2873
E-Mail address: RMacKenzie@usa.doj.gov
Attorney Bar #:

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.